**Electronically Filed**
**Supreme Court**
**SCWC-11-0000609**
**21-NOV-2013**
**01:02 PM**

SCWC-11-0000609

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

RINSON PALIC,
also known as JOHNNY NENA and JOHNNY NEHA,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000609; CR. NO. 02-1-2327)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on October 13, 2013, is hereby rejected.

DATED: Honolulu, Hawai'i, November 21, 2013.

Harrison L. Kiehm,
for petitioner

Stephen K. Tsushima,
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

